IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___Cg___ D.C.

05 AUG -5 AM 10: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                              Cr. No. 2:01CR20231-M1

THERESA BARKSDALE,

Defendant.

ORDER GRANTING MOTION FOR EXPEDITED TRANSFER
AND GRANTING MOTION TO WITHDRAW
AS COUNSEL OF RECORD

IT APPEARING TO THIS COURT THAT, upon the filed motion for expedited transfer and motion to withdraw as counsel of record, there being good cause shown, that this motion is well taken and should be granted.

IT IS FURTHER ORDERED THAT the U.S. Marshall be directed to expedite the transfer of the Defendant, such that she shall not be absent from the detention facility wherein she is receiving drug treatment for more than _14_ days.

IT IS SO ORDERED

_____
HONORABLE JON PHIPPS MCCALLA
DATE:

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8-5-05_

(122)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 122 in case 2:01-CR-20231 was distributed by fax, mail, or direct printing on August 5, 2005 to the parties listed.

---

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert L. Parris
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT